UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAOUD MEHRABI,<br><br>　　　　　　　Petitioner,<br>　　v.<br>PAMELA BONDI, ET AL,<br><br>　　　　　　　Respondent. | Case No. 2:25-cv-02227-DGE-TLF<br><br>ORDER APPOINTING FEDERAL PUBLIC DEFENDERS |

Petitioner filed a Motion to Appoint Counsel in this 28 U.S.C. § 2241 immigration habeas action. Dkt. 3. Petitioner's Declaration and Application to Proceed In Forma Pauperis to demonstrate his indigency. Dkt. 1. Having considered the Motion, Petitioner's financial eligibility, and the balance of the record, the Court finds and **ORDERS**:

　　(1)　Because of the complex issues involved in this case, the interests of justice require that counsel be appointed for Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B). Petitioner has demonstrated financial eligibility for such appointment. *See* Dkt. 1. Accordingly, Petitioner's request for appointment of counsel is **GRANTED**. Dkt. 3. The Court **APPOINTS** the Federal Public Defender to represent Petitioner in these proceedings.

     (2)    The Clerk shall send copies of this Order to Petitioner, to the Federal Public Defender, to counsel for Respondents, and to the Honorable Chief Judge David G. Estudillo.

Dated this 12th day of November, 2025.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER APPOINTING FEDERAL PUBLIC DEFENDERS - 2