UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAOUD MEHRABI,<br><br>                     Plaintiff,<br><br>     v.<br><br>PAMELA BONDI et al.,<br><br>                     Defendants. | CASE NO. 2:25-cv-02227-DGE-TLF<br><br>ORDER ON RESPONDENTS' NOTICE OF CHANGE IN CUSTODY STATUS |

Petitioner's habeas petition sought his release from immigration detention because he argued his removal to his former country of residence (France) was not reasonably foreseeable. (Dkt. No. 6 at 3.) Petitioner also sought an order preventing his removal to a third country other than France. (*Id*. at 18–19.)

Petitioner was removed from the United States to France on Friday, December 19. (Dkt. No. 14 at 1.) Respondents state "[t]here are no remaining 'collateral consequences' that may be redressed by success on the habeas petition, which sought to prohibit Petitioner's removal to a third country other than France." (*Id.*) (citation omitted).

ORDER ON RESPONDENTS' NOTICE OF CHANGE IN CUSTODY STATUS - 1

Petitioner's habeas petition (Dkt. No. 6) is now moot because Petitioner is no longer in the United States and has been removed to the country he requested. *See Abdala v. I.N.S.*, 488 F.3d 1061, 1064 (9th Cir. 2007) ("where a petitioner only requested a stay of deportation, his habeas petition was rendered moot upon his deportation") (collecting cases).

Accordingly, Petitioner's habeas petition (Dkt. No. 6) is DENIED as moot. The calendar is stricken, and the Clerk is directed to close the case.

Dated this 5th day of January 2026.

David G. Estudillo
United States District Judge